UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HOH SYSTEMS, INC., <br> d/b/a HYDROTHANE SYSTEMS, <br><br> Plaintiff, <br><br> v. <br><br> AFTERMARKET BUSINESS <br> CONSULTANTS, INC. d/b/a ABC, INC., <br> ROBERT ROY CHEESMAN, and <br> HYDRO COMPONENT SYSTEMS, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 05-11059-RGS |

**CORPORATE DISCLOSURE STATEMENT OF
<u>PLAINTIFF HOH SYSTEMS, INC. d/b/a HYDROTHANE SYSTEMS</u>**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Plaintiff, HOH Systems, Inc. d/b/a Hydrothane Systems, by and through its counsel, states that it does not have a parent corporation and that no publicly held company owns 10% or more of its stock.

                                        Respectfully submitted,
                                        HOH SYSTEMS, INC.,
                                        d/b/a HYDROTHANE SYSTEMS,

                                        By its counsel,

                                        ___/s/ Jason W. Morgan_____
                                        Jason W. Morgan (BBO #633802)
                                        Drohan, Hughes, Tocchio & Morgan, P.C.
                                        175 Derby Street, Suite 30
                                        Hingham, MA  02043
                                        Tel.:  (781) 749-7200
                                        Fax:  (781) 740-4335
Dated: May 23, 2005                    jmorgan@dhtmlaw.com

- 2 -

**CERTIFICATE OF SERVICE**

    I, Jason W. Morgan, hereby certify that on May 23, 2005, I served a true and correct copy of the foregoing by first class, postage prepaid, upon:  Aftermarket Business Consultants, Inc. d/b/a ABC, Inc., Robert Roy Cheesman, and Hydro Component Systems, LLC, S26 W29056 Jarmon Road, Waukesha, Wisconsin  53183.

    ___/s/ Jason W. Morgan_____
    Jason W. Morgan