# UNITED STATES DISTRICT COURT

Eastern                         District of                         Massachusetts

HOH Systems, Inc. d/b/a Hydrothane Systems

**SUMMONS IN A CIVIL ACTION**

V.

Aftermarket Business Consultants d/b/a ABC, Inc., Robert Roy Cheesman, and Hydro Component Systems, LLC

CASE NUMBER:

## 05 11059 RGS

TO: (Name and address of Defendant)

Aftermarket Business Consultants d/b/a ABC, Inc.,
S26 W29056 Jarmon Road
Waukesa, WI 53183

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jason W. Morgan, Esq.
Drohan, Hughes, Tocchio & Morgan, P.C.
175 Derby Street, Suite 30
Hingham, MA 02043

an answer to the complaint which is served on you with this summons, within ___thirty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    MAY 20 2005

CLERK                                                DATE

(By) DEPUTY CLERK

State of Wisconsin                         County of  ☐ Milwaukee
                                                      ☐ Waukesha
# Affidavit of Process Server                         ☐ Washington
                                                      ☐ Ozaukee
Check here if: ____ DWD or __X__ USDC __E__ Dist. of __MA__      ☐ Racine
                                                      ☐ _____

Court/Appearance Date _____     Case Number __05-11059 RGS__

HOH Systems, Inc.                         Aftermarket Business Consultants
                                    VS
d/b/a Hydrothane Systems                  d/b/a ABC, Inc., et al

I the undersigned, am an adult resident of the state and not a party to the action. I hereby, certify that on __06-06-__, 20 _05_ at _9:10_ a.m./p.m., I duly served/or attempted to serve, (see non service section)

NAME __Aftermarket Business Consultants d/b/a ABC, Inc.__
  (x) DEFENDANT          ( ) PETITIONER
  ( ) GARNISHEE DEFENDANT ( ) RESPONDENT    ( ) OTHER ATTEMPT DATES _____
  ( ) PLAINTIFF          ( ) WITNESS

by serving __Robert Roy Cheesman_____ at
              Name                          Title

Home_____Wisconsin
Business __S26 W29056 Jarmon Road_____ __Waukesha,__ Wisconsin

**Manner of Service:**
☐ Personally serving said individual so named.

☒ Corporate Service: by leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof.

☐ After diligent search and inquiry, having made _____ attempts by leaving true & correct copies of the above documents with a competent member of the family over the age of 14, and informed that person of the contents thereof. (See other Attempt Dates)

☐ By posting copies in a conspicuous manner to the address of the person/entity being served. (Use only for evictions.)

☐ Copies of the documents were mailed by prepaid, first class mail on: _____  _____
                                                                          Date          From

**Non-Service:** after due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at address        ☐ Moved no forwarding         ☐ Refuses to cooperate in acceptance
☐ Address does not exist    ☐ Evading                     ☐ Service cancelled by litigant
☐ Not home three attempts   ☐ Unable to serve in a timely fashion  ☐ Search was conducted, whereabouts unknown

**Type of Documents:**
( ) SUMMONS & COMPLAINT                      ( ) ORDER TO SHOW CAUSE & AFFIDAVIT
(*) AUTHENTICATED SUMMONS & COMPLAINT        ( ) GARNISHEE SUMMONS & COMPLAINT EARNINGS - NON EARNINGS
( ) EVICTION: SUMMONS & COMPLAINT            ( ) SUBPOENA - SUBPOENA DUCES TECUM
( ) NOTICE OF MOTION & MOTION                ( ) SUMMONS AND PETITION
( ) OTHER: _____   ( ) NOTICE OF/TERMINATING TENANCY/PAY OR QUIT
_____    ( ) WRITTEN INTERROGATORIES & REQUEST FOR PRODUCTION
                                                 OF DOCUMENTS

At the time of service, I did place upon it the date, time, manner and my name, leaving a true and correct copy thereof, and that the server knew the person so served to be the defendant (or other) mentioned and named therein.

NUMBER OF ATTEMPTS _____   NUMBER OF ADDRESSES ATTEMPTED (If more than one) _____

SERVICE FEE    $ _55.00_           WITNESS FEE  $ _____
GARNISHEE FEE  $ _____         SEARCH FEE   $ _____
MAILING FEE    $ _____         MILEAGE      $ _____

Server's Name __Richard W. Dude__            Server's Signature _/s/ illegible_
                  (print)

Subscribed and sworn to before me
this _15th_ day of _June_, 20 _05_      KAREN L. PACULA           Accurate Process Service
                                         NOTARY PUBLIC             P.O. Box 1414 (mailing address)
_/s/ Karen L. Pacula_                    STATE OF WISCONSIN        Milwaukee, Wisconsin 53201-1414
NOTARY PUBLIC, State of Wisconsin                                  414-998-1111
My Commission expires __9-17-06__