# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Massachusetts

HOH Systems, Inc. d/b/a Hydrothane Systems

V.

Aftermarket Business Consultants d/b/a ABC, Inc., Robert Roy Cheesman, and Hydro Component Systems, LLC

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

# 05 11059 RGS

TO: (Name and address of Defendant)

Robert Roy Cheesman
S26 W29056 Jarmon Road
Waukesa, WI 53183

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jason W. Morgan, Esq.
Drohan, Hughes, Tocchio & Morgan, P.C.
175 Derby Street, Suite 30
Hingham, MA 02043

an answer to the complaint which is served on you with this summons, within _____thirty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                  MAY 2 0 2005

CLERK                                              DATE

(By) DEPUTY CLERK

State of Wisconsin

# Affidavit of Process Server

Check here if: _____ DWD or __x__ USDC __E__ Dist. of __MA__

County of
- ☐ Milwaukee
- ☐ Waukesha
- ☐ Washington
- ☐ Ozaukee
- ☐ Racine
- ☐ _____

Court/Appearance Date _____

HOH Systems, Inc.

d/b/a Hydrothane Systems

VS

Case Number __05-11059 RGS__

Aftermarket Business Consultants

d/b/a ABC, Inc., et al

I the undersigned, am an adult resident of the state and not a party to the action. I hereby, certify that on __06-06-_____, 20__05__ at __9:10__ a.m./p.m., I duly served/or attempted to serve, (see non service section)

NAME __Robert Roy Cheesman__
- (x) DEFENDANT    ( ) PETITIONER
- ( ) GARNISHEE DEFENDANT  ( ) RESPONDENT
- ( ) PLAINTIFF    ( ) WITNESS

( ) OTHER ATTEMPT DATES _____

by serving __Robert Roy Cheesman__ _____ at
Name                  Title

Home _____ Wisconsin
Business __S26 W29056 Jarmon Road__ __Waukesha,__ Wisconsin

**Manner of Service:**

☒ Personally serving said individual so named.

☐ Corporate Service: by leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof.

☐ After diligent search and inquiry, having made _____ attempts by leaving true & correct copies of the above documents with a competent member of the family over the age of 14, and informed that person of the contents thereof. (See other Attempt Dates)

☐ By posting copies in a conspicuous manner to the address of the person/entity being served. (Use only for evictions.)

☐ Copies of the documents were mailed by prepaid, first class mail on: _____ _____
                                                                        Date              From

**Non-Service:** after due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

- ☐ Unknown at address
- ☐ Address does not exist
- ☐ Not home three attempts
- ☐ Moved no forwarding
- ☐ Evading
- ☐ Unable to serve in a timely fashion
- ☐ Refuses to cooperate in acceptance
- ☐ Service cancelled by litigant
- ☐ Search was conducted, whereabouts unknown

**Type of Documents:**
- ( ) SUMMONS & COMPLAINT
- (x) AUTHENTICATED SUMMONS & COMPLAINT
- ( ) EVICTION: SUMMONS & COMPLAINT
- ( ) NOTICE OF MOTION & MOTION
- ( ) OTHER: _____
- ( ) ORDER TO SHOW CAUSE & AFFIDAVIT
- ( ) GARNISHEE SUMMONS & COMPLAINT EARNINGS - NON EARNINGS
- ( ) SUBPOENA - SUBPOENA DUCES TECUM
- ( ) SUMMONS AND PETITION
- ( ) NOTICE OF/TERMINATING TENANCY/PAY OR QUIT
- ( ) WRITTEN INTERROGATORIES & REQUEST FOR PRODUCTION OF DOCUMENTS.

At the time of service, I did place upon it the date, time, manner and my name, leaving a true and correct copy thereof, and that the server knew the person so served to be the defendant (or other) mentioned and named therein.

NUMBER OF ATTEMPTS _____  NUMBER OF ADDRESSES ATTEMPTED (If more than one) _____

SERVICE FEE    $ __27.50__        WITNESS FEE $ _____
GARNISHEE FEE  $ _____          SEARCH FEE  $ _____
MAILING FEE    $ _____          MILEAGE     $ _____

Server's Name __Richard W. Dude__       Server's Signature _____
              (print)

Subscribed and sworn to before me

this __15th__ day of __June__, 20__05__

__Karen L. Pacula__
NOTARY PUBLIC, State of Wisconsin
My Commission expires __9-17-06__

KAREN L. PACULA
NOTARY PUBLIC
STATE OF WISCONSIN

Accurate Process Service
P.O. Box 1414 (mailing address)
Milwaukee, Wisconsin 53201-1414
414-998-1111