# UNITED STATES DISTRICT COURT

Eastern   District of   Massachusetts

HOH Systems, Inc. d/b/a Hydrothane Systems

V.

Aftermarket Business Consultants d/b/a ABC,
Inc., Robert Roy Cheesman,
and Hydro Component Systems, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 05 11059 RGS

TO: (Name and address of Defendant)

Hydro Component Systems, LLC
319 Hart Street
Watertown, WI  53094
Registered Agent:  Thomas J. Reiss, Jr.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jason W. Morgan, Esq.
Drohan, Hughes, Tocchio & Morgan, P.C.
175 Derby Street, Suite 30
Hingham, MA  02043

an answer to the complaint which is served on you with this summons, within ____thirty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON   MAY 20 2005

CLERK   DATE

(By) DEPUTY CLERK

# Affidavit of Process Server

**State of Wisconsin**

County of:
- ☐ Milwaukee
- ☐ Waukesha
- ☐ Washington
- ☐ Ozaukee
- ☐ Racine
- ☐ _____

Check here if: ____ DILHR or __X__ USDC ____ Dist. of __MA__

**Court Appearance Date** _____  **Case Number** 05 11059 RGS

HOH SYSTEMS, INC et al   vs   AFTERMARKET BUSINESS CONSULTANTS, et al

I the undersigned, and an adult resident of the state and not a party to the action, I hereby, certify that on __6-9__, 20__05__ at __3:55__ a.m./**p.m.**
I duly served/or attempted to serve, (see non service section)

NAME  HYDRO COMPONENT SYSTEMS, LLC - A/K/A ~~RIEE REISS~~ INDUSTRIES
( ) DEFENDANT   ( ) PETITIONER
( ) GARNISHEE DEFENDANT   ( ) RESPONDENT   ( ) OTHER ATTEMPT DATES _____  c/o Tom ~~Riess~~ REISS, Jr
( ) PLAINTIFF   ( ) WITNESS

by serving __TOM REISS JR.__ __CEO__ at _____
         Name              Title

Home _____ Wisconsin
Business __319 HART ST,__ __WATERTOWN__ Wisconsin

**Manner of Service:**

☐ Personal Service

☒ Corporate Service: by leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof.

☐ After diligent search and inquiry, having made _____ attempts by leaving true & correct copies of the above documents with a competent member of the family over the age of 14, and informed that person of the contents thereof. (See other Attempt Dates)

☐ By posting copies in a conspicuous manner to the address of the person/entity being served. (Use only for evictions.)

☐ Copies of the documents were mailed by prepaid, first class mail on: _____ _____
                                                                          Date           From

**Non-Service:** after due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reasons:

☐ Unknown at address          ☐ Moved no forwarding       ☐ Refuses to cooperate in acceptance
☐ Address does not exist      ☐ Evading                    ☐ Service cancelled by litigant
☐ Not home three attempts     ☐ Unable to serve in a timely fashion   ☐ Search was conducted, whereabouts unknown

**Type of Documents:**
( ) SUMMONS & COMPLAINT                      ( ) ORDER TO SHOW CAUSE & AFFIDAVIT
(X) AUTHENTICATED SUMMONS & COMPLAINT        ( ) GARNISHEE SUMMONS & COMPLAINT EARNINGS - NON EARNINGS
( ) EVICTION: SUMMONS & COMPLAINT            ( ) SUBPOENA - SUBPOENA DUCES TECUM
( ) NOTICE OF MOTION & MOTION                ( ) SUMMONS AND PETITION
( ) OTHER: _____                            ( ) NOTICE OF/TERMINATING TENANCY/PAY OR QUIT
                                             ( ) WRITTEN INTERROGATORIES & REQUEST FOR PRODUCTION
                                                 OF DOCUMENTS.

At the time of service, I did place upon it the date, time, manner and my name, leaving a true and correct copy thereof, and that the server knew the person so served to be the defendant (or other) mentioned and named therein.

NUMBER OF ATTEMPTS _____   NUMBER OF ADDRESSES ATTEMPTED (If more than one) _____

SERVICE FEE   $ 55.00         WITNESS FEE  $ _____
GARNISHEE FEE $ _____        SEARCH FEE   $ _____
MAILING FEE   $ _____        MILEAGE      $ _____

X Server's name __STEPHEN L. TILLEY__        Server's Signature __Tilley__
                (print)

Subscribed and sworn to before me
this __15th__ day of __June__, 20__05__
__Karen Pacula__
NOTARY PUBLIC, State of Wisconsin
My Commission expires __9-17-06__

KAREN L. PACULA
NOTARY PUBLIC
STATE OF WISCONSIN

Accurate Process Service
P.O. Box 1414 (mailing address)
Milwaukee, Wisconsin 53201-1414
414-998-1111