UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOH SYSTEMS, INC.<br>d/b/a HYDROTHANE SYSTEMS,<br><br>      Plaintiff,<br><br>  vs.<br><br>AFTERMARKET BUSINESS<br>CONSULTANTS, INC. , d/b/a ABC, INC.,<br>ROBERT ROY CHEESMAN, and<br>HYDRO COMPONENT SYSTEMS, LLC.,<br><br>      Defendants. | Case No. 05 cv 11059 RGS |

## DEFENDANTS' MOTION TO DISMISS

Defendant Hydro Component Systems, LLC ("Hydro") hereby moves, pursuant to Fed. R. Civ. P. 12(b)(2), to dismiss plaintiff HOH Systems, Inc.'s Complaint on the grounds that this court lacks personal jurisdiction over Hydro. Further grounds for this Motion to Dismiss are set forth in the Memorandum of Defendant Hydro Systems, LLC in Support of Its Motion to Dismiss Pursuant to Rule 12(b)(2).

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), defendant respectfully requests a hearing on this Motion to Dismiss.

3951071v1

**WHEREFORE,** defendant Hydro Component Systems, LLC respectfully requests that this Court dismiss the plaintiff's Complaint in its entirety.

    Respectfully submitted,

    HYDRO COMPONENT SYSTEMS, LLC

    By their attorneys,

    /s/ Wendy S. Plotkin
    Daniel C. Winston (BBO #562209)
    Wendy S. Plotkin (BBO #647716)
    CHOATE, HALL & STEWART
    Exchange Place
    53 State Street
    Boston, Massachusetts 02109
    (617) 248-5000

*Of Counsel:*

David G. Hanson
Amy L. Reichelt
Reinhart Boerner Van Deuren S.C.
1000 North Water Street, Suite 2100
Milwaukee, WI 53202
(414) 298-1000

Mailing Address:
P.O. Box 2965
Milwaukee, WI 53201-2965

### Certification Pursuant to Local Rule 7.1.

    I, Wendy S. Plotkin, counsel for Hydro Component Systems, LLC, hereby certify that I attempted to confer with counsel for HOH Systems, Inc. and I was not able to able to reach counsel for HOH Systems, Inc. prior to filing this Motion.

    /s/ Wendy S. Plotkin

3951071v1