UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOH SYSTEMS, INC. d/b/a HYDROTHANE SYSTEMS,<br><br>                Plaintiff,<br><br>        vs.<br><br>AFTERMARKET BUSINESS CONSULTANTS, INC., d/b/a ABC, INC., ROBERT ROY CHEESMAN, and HYDRO COMPONENT SYSTEMS, LLC.,<br><br>                Defendants. | Case No. 05 cv 11059 RGS |

## DEFENDANTS' MOTION TO DISMISS

Defendants Aftermarket Business Consultants, Inc. and Robert Roy Cheesman (the "Defendants") hereby move, pursuant to Fed. R. Civ. P. 12(b)(2), to dismiss plaintiff HOH Systems, Inc.'s Complaint on the grounds that this court lacks personal jurisdiction over the Defendants. Further grounds for this Motion to Dismiss are set forth in the Memorandum of Defendant's Aftermarket Business Consultants and Robert Roy Cheesman in Support of Their Motion to Dismiss Pursuant to Rule 12(b)(2).

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), defendants respectfully request a hearing on this Motion to Dismiss.

3950845v1

**WHEREFORE,** defendants Aftermarket Business Consultants, Inc. and Robert Roy Cheesman respectfully request that this Court dismiss the plaintiff's Complaint in its entirety.

Respectfully submitted,

AFTERMARKET BUSINESS
CONSULTANTS, INC. , d/b/a ABC, INC.,
and ROBERT ROY CHEESMAN,

By their attorneys,

/s/ Wendy S. Plotkin
Daniel C. Winston (BBO #562209)
Wendy S. Plotkin (BBO #647716)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 248-5000

*Of Counsel:*

David G. Hanson
Amy L. Reichelt
Reinhart Boerner Van Deuren S.C.
1000 North Water Street, Suite 2100
Milwaukee, WI 53202
(414) 298-1000

Mailing Address:
P.O. Box 2965
Milwaukee, WI 53201-2965

**Certification Pursuant to Local Rule 7.1.**

I, Wendy S. Plotkin, counsel for Aftermarket Business Consultants, Inc. and Robert Roy Cheesman., hereby certify that I attempted to confer with counsel for HOH Systems, Inc. and I was not able to able to reach counsel for HOH Sytems, Inc. prior to filing this Motion.

/s/ Wendy S. Plotkin

3950845v1