UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
HOH SYSTEMS, INC.,                          )
d/b/a HYDROTHANE SYSTEMS,                   )
                                            )
    Plaintiff,                              )
                                            )
v.                                          )   Civil Action No. 05-11059-RGS
                                            )
AFTERMARKET BUSINESS                        )
CONSULTANTS, INC. d/b/a ABC, INC.,          )
ROBERT ROY CHEESMAN, and                    )
HYDRO COMPONENT SYSTEMS, LLC,               )
                                            )
    Defendants.                             )
_____)

## STIPULATION

The parties hereby stipulate that Plaintiff HOH Systems, Inc. d/b/a Hydrothane Systems, Inc. ("HOH") shall have up to and including July 18, 2005 to file its opposition to Defendants' Motions to Dismiss.

Respectfully submitted,

/s/ Wendy S. Plotkin                        /s/ Jason W. Morgan
Wendy S. Plotkin (BBO #647716)              Jason W. Morgan (BBO #633802)
Choate, Hall & Stewart                      Drohan, Hughes, Tocchio & Morgan, P.C.
Exchange Place                              175 Derby Street, Suite 30
53 State Street                             Hingham, MA  02043
Boston, MA  02109                           Tel.:  (781) 749-7200
(617) 248-5000                              Fax:  (781) 740-4335

*Of Counsel:*

David G. Hanson
Reinhart Boerner Van Deuren S.C.
1000 North Water Street, Suite 2100
Milwaukee, WI  53202
(414) 298-1000

Dated  July 11, 2005

**Certification Pursuant to Local Rule 7.1**

    I, Jason W. Morgan, counsel for HOH Systems, Inc., hereby certify that I contacted counsel of record for Aftermarket Business Consultants, Inc. and Robert Roy Cheeseman and Hydro Component Systems, LLC prior to filing this Motion.

                                             /s/ Jason W. Morgan