UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOH SYSTEMS, INC.,<br>d/b/a HYDROTHANE SYSTEMS,<br><br>Plaintiff,<br><br>v.<br><br>AFTERMARKET BUSINESS<br>CONSULTANTS, INC. d/b/a ABC, INC.,<br>ROBERT ROY CHEESMAN, and<br>HYDRO COMPONENT SYSTEMS, LLC,<br><br>Defendants. | Civil Action No. 05-11059-RGS |

## STIPULATION

The parties hereby stipulate that Plaintiff HOH Systems, Inc. d/b/a Hydrothane Systems, Inc. ("HOH") shall have up to and including July 18, 2005 to file its opposition to Defendants' Motions to Dismiss.

Respectfully submitted,

/s/ Wendy S. Plotkin
Wendy S. Plotkin (BBO #647716)
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA  02109
(617) 248-5000

*Of Counsel:*

David G. Hanson
Reinhart Boerner Van Deuren S.C.
1000 North Water Street, Suite 2100
Milwaukee, WI  53202
(414) 298-1000

Dated July 11, 2005

/s/ Jason W. Morgan
Jason W. Morgan (BBO #633802)
Drohan, Hughes, Tocchio & Morgan, P.C.
175 Derby Street, Suite 30
Hingham, MA  02043
Tel.:  (781) 749-7200
Fax:  (781) 740-4335

[Handwritten margin notes:] While it is not open to the parties to alter a court rule or schedule by stipulation, the court will treat the submission as a motion and extend the time for filing an opposition to 7-18-05. R.D. Stearns   US 7-12-05.

- 2 -

## Certification Pursuant to Local Rule 7.1

I, Jason W. Morgan, counsel for HOH Systems, Inc., hereby certify that I contacted counsel of record for Aftermarket Business Consultants, Inc. and Robert Roy Cheeseman and Hydro Component Systems, LLC prior to filing this Motion.

/s/ Jason W. Morgan