UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOH SYSTEMS, INC. <br> d/b/a HYDROTHANE SYSTEMS, <br> <br> Plaintiff, <br> <br> vs. <br> <br> AFTERMARKET BUSINESS <br> CONSULTANTS, INC., d/b/a ABC, INC., <br> ROBERT ROY CHEESMAN, and <br> HYDRO COMPONENT SYSTEMS, LLC., <br> <br> Defendants. | Case No. 05 cv 11059 RGS |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that, as of **Monday, August 1, 2005**, the address of Choate, Hall & Stewart LLP, counsel for Defendants Aftermarket Business Consultants, Inc., d/b/a ABC, Inc.,Robert Roy Cheesman and Hydro Component Systems, LLC will change to Two International Place, Boston, MA 02110. The telephone number of counsel and their individual electronic mail addresses will remain the same.

    Respectfully submitted,

    AFTERMARKET BUSINESS
    CONSULTANTS, INC., d/b/a ABC, INC.,
    ROBERT ROY CHEESMAN, and
    HYDRO COMPONENT SYSTEMS, LLC

    By their attorneys,

    /s/ Wendy S. Plotkin
    Daniel C. Winston (BBO #562209)
    Wendy S. Plotkin (BBO #647716)
    CHOATE, HALL & STEWART LLP
    Exchange Place
    53 State Street
    Boston, Massachusetts 02109
Dated: July 27, 2005    (617) 248-5000

3950845v1