UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOH SYSTEMS, INC.,<br>d/b/a HYDROTHANE SYSTEMS,<br><br>  Plaintiff,<br><br>v.<br><br>AFTERMARKET BUSINESS<br>CONSULTANTS, INC. d/b/a ABC, INC.,<br>ROBERT ROY CHEESMAN, and<br>HYDRO COMPONENT SYSTEMS, LLC,<br><br>  Defendants. | Civil Action No. 05-11059-RGS |

## JOINT MOTION TO EXTEND RESPONSE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

The parties hereby move the Court and respectfully request that Plaintiff HOH Systems, Inc. d/b/a Hydrothane Systems, Inc. be allowed to have up to and including September 9, 2005 to file its opposition to Defendants' Motions to Dismiss.  This extension of time will allow the parties to continue negotiations in an effort to narrow the issues in dispute.

Respectfully submitted,

| | |
|---|---|
| Aftermarket Business Consultants, Inc., Robert Roy Cheeseman, and Hydro Component Systems, LLC, | HOH Systems, Inc., |
| By their Attorneys, | By their Attorneys, |
| /s/ Wendy S. Plotkin<br>Wendy S. Plotkin (BBO #647716)<br>Choate, Hall & Stewart<br>Exchange Place<br>53 State Street<br>Boston, MA  02109<br>(617) 248-5000 | /s/ Jason W. Morgan<br>Jason W. Morgan (BBO #633802)<br>Michael D. Williams (BBO #654149)<br>Drohan, Hughes, Tocchio & Morgan, P.C.<br>175 Derby Street, Suite 30<br>Hingham, MA  02043<br>Tel.:  (781) 749-7200<br>Fax:  (781) 740-4335 |

- 2 -

*Of Counsel:*

David G. Hanson
Reinhart Boerner Van Deuren S.C.
1000 North Water Street, Suite 2100
Milwaukee, WI  53202
(414) 298-1000


Dated: September 8, 2005