UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOH SYSTEMS, INC., <br> d/b/a HYDROTHANE SYSTEMS, <br><br> Plaintiff, <br><br> v. <br><br> AFTERMARKET BUSINESS <br> CONSULTANTS, INC. d/b/a ABC, INC., <br> ROBERT ROY CHEESMAN, and <br> HYDRO COMPONENT SYSTEMS, LLC, <br><br> Defendants. | Civil Action No. 05-11059-RGS |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff HOH Systems, Inc. d/b/a Hydrothane Systems, Inc. hereby provides notice of the dismissal of this action, without prejudice to re-file in this jurisdiction or elsewhere.

                                                    Respectfully submitted,

                                                    HOH SYSTEMS, INC., d/b/a
                                                    HYDROTHANE SYSTEMS,

                                                    By its counsel,

                                                    ___/s/ Jason W. Morgan_____
                                                    Jason W. Morgan (BBO #633802)
                                                    Drohan, Hughes, Tocchio & Morgan, P.C.
                                                    175 Derby Street, Suite 30
                                                    Hingham, MA  02043
                                                    Tel.:  (781) 749-7200
                                                    Fax:  (781) 740-4335

Dated: September 9, 2005                      jmorgan@dhtmlaw.com

- 2 -

## CERTIFICATE OF SERVICE

    I, Jason W. Morgan, hereby certify that on September 9, 2005, I served a true and correct copy of the foregoing by first class mail, postage prepaid, upon counsel for Defendants, Wendy S. Plotkin, Esq., Choate, Hall & Stewart, Exchange Place, 53 State Street, Boston, MA 02109, and David G. Hanson, Reinhart Boerner, Van Deuren S.C., 1000 North Water Street, Suite 2100, Milwaukee, WI  53202.

                                                             /s/ Jason W. Morgan  
                                                             Jason W. Morgan